## Lindenmuth v. Commonwealth, Appellant (No. 2).

Appeals, Nos. 18, 19, 20, 22 and 23,

OPINION BY MR. JUSTICE KEPHART, June 30, 1933:

For the reasons given in No. 16, May Term, 1933, between G. Frank Lindenmuth and the Commonwealth of Pennsylvania, just preceding, these appeals between the same parties, are reversed and judgments are directed to be entered for the Commonwealth, costs to be paid by appellee.